UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MORRIS,<br><br>    Petitioner,<br><br>v.<br><br>ERIC ARNOLD,<br><br>    Respondent. | No. 2:18-cv-0292 JAM DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. In a document filed on June 20, 2018, petitioner requested a copy of the "Amenability Report," which respondent refers to in his answer. (ECF No. 19.) In addition, petitioner requested an extension of time to file the traverse and appointment of counsel. (ECF Nos. 14, 19.) In an order filed July 11, 2018, the court ordered respondent to respond to petitioner's request for a copy of the Amenability Report, denied petitioner's request for appointment of counsel, and granted petitioner's request for an extension of time. (ECF No. 20.) The court stated that it would set a due date for the traverse after it had resolved the question of petitioner's right to a copy of the Amenability Report.

On July 17, 2018, respondent filed a response to the court's July 11 order. (ECF No. 21.) Respondent appears to have provided both the court and petitioner with a copy of the Amenability Report that petitioner seeks. Accordingly, the court will set a due date for the traverse.

1

1 | Good cause appearing, IT IS HEREBY ORDERED that if petitioner wishes to file a
2 | traverse, he shall do so within thirty (30) days of the date of this order.

DATED: July 18, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/morr0292.trav eot