UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO MORRIS,

           Petitioner,

    v.

ERIC ARNOLD,

           Respondent.

No. 2:18-cv-0292 JAM DB P

ORDER

       Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed without prejudice.

       Accordingly, IT IS HEREBY ORDERED that respondents shall notify this court, within fourteen days, whether they have any objection to the dismissal of this action. Should respondents fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a). See Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: August 21, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/morr0292.159a